# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD BRENT HARRIS, | Case No. 1:19-cv-01203-LJO-SAB-HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION AND GRANTING PETITIONER'S REQUEST FOR STAY |
| v. | |
| SCOTT FRAUENHEIM, | (ECF No. 9) |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 12, 2019, the Magistrate Judge issued Findings and Recommendation that recommended granting Petitioner's request to stay the petition pursuant to Rhines v. Weber, 544 U.S. 269 (2005). (ECF No. 9).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review. Having carefully reviewed the entire file, the Court concludes that the Findings and Recommendation is supported by the record and proper analysis, and there is no need to modify the Findings and Recommendation.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued on December 12, 2019 (ECF No. 9) is ADOPTED;

2. Petitioner's request for a stay under Rhines is GRANTED;

3.  The proceedings are STAYED pending exhaustion of state remedies;

4.  Within thirty (30) days of the date of service of this order, Petitioner SHALL pursue state court remedies;

5.  Petitioner is DIRECTED to file a status report with this Court within thirty (30) days of the date of service of this order and every ninety (90) days thereafter; and

6.  Within thirty (30) days following the final order of the state courts, Petitioner SHALL notify the Court that the unexhausted claims have been exhausted and to request that the stay be lifted and the case proceed.

Petitioner is forewarned that failure to comply with this order will result in the Court vacating the stay.

IT IS SO ORDERED.

Dated: __**January 4, 2020**__          _____**/s/ Lawrence J. O'Neill**_____
                                                          UNITED STATES CHIEF DISTRICT JUDGE