# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD BRENT HARRIS,<br><br>Petitioner,<br><br>v.<br><br>SCOTT FRAUENHEIM,<br><br>Respondent. | Case No. 1:19-cv-01203-NONE-SAB-HC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 12) |

On January 6, 2020, the Court stayed the instant proceedings and ordered Petitioner to file a status report within thirty days. (ECF No. 10). Petitioner failed to file a status report within the allotted time period. Therefore, on March 2, 2020, the Court issued an order to show cause why the stay should not be vacated for failing to obey a court order. (ECF No. 12).

On March 16, 2020, the Court received Petitioner's response, in which he states that he prepared a status report and gate it to the floor officer on February 9, 2020. A copy of Petitioner's legal mail log shows that it was mailed out on February 10, 2020. Petitioner informs the Court that to the best of his knowledge his legal work has been completed and was to be sent to the state court at the end of February or beginning of March. (ECF No. 14).

In light of Petitioner's response, IT IS HEREBY ORDERED that:

1. The order to show cause issued on March 2, 2020 (ECF No. 12) is DISCHARGED; and

1

2. Petitioner is DIRECTED to file a status report within NINETY (90) days of the date of service of this order, and then every NINETY (90) days thereafter, in accordance with the Court's previous order (ECF No. 10).

IT IS SO ORDERED.

Dated: __**March 18, 2020**__

_____
UNITED STATES MAGISTRATE JUDGE