# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD BRENT HARRIS,<br><br>    Petitioner,<br><br>    v.<br><br>SCOTT FRAUENHEIM,<br><br>    Respondent. | Case No. 1:19-cv-01203-JLT-SAB-HC<br><br>ORDER REGARDING APPOINTMENT OF COUNSEL AND REFERRING MATTER TO FEDERAL PUBLIC DEFENDER'S OFFICE<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE DOCUMENTS ON FEDERAL PUBLIC DEFENDER'S OFFICE<br><br>ORDER SETTING STATUS CONFERENCE |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 8, 2022, the assigned district judge adopted findings and recommendations recommending that an evidentiary hearing be held on Petitioner's ineffective assistance of counsel claim for failure to file a notice of appeal and that the remaining claims in the petition be denied. (ECF No. 40). The matter was referred to the Court to conduct the evidentiary hearing.

Rule 8 of the Rules Governing Section 2254 Cases provides: "If an evidentiary hearing is warranted, the judge must appoint an attorney to represent a petitioner who qualifies to have counsel appointed under 18 U.S.C. § 3006A. The judge must conduct the hearing as soon as practicable after giving the attorneys adequate time to investigate and prepare." Rule 8(c), Rules Governing Section 2254 Cases in the United States District Courts ("Habeas Rules"), 28 U.S.C. foll. § 2254.

Accordingly, IT IS HEREBY ORDERED that:

1. The matter is referred to the Federal Public Defender's Office to find counsel for Petitioner if Petitioner is financially eligible for appointment of counsel pursuant to 28 U.S.C. § 3006A;

2. Within **thirty (30) days** of the date of service of this order,

   a. A notice of appearance shall be filed with the Court by the attorney representing Petitioner; or

   b. A notice shall be filed with the Court by the Federal Public Defender's Office that Petitioner is not financially eligible for appointment of counsel;

3. The Clerk of Court is directed to serve a copy of this order on the Federal Public Defender's Office; and

4. A status conference is set for August 18, 2022, at 2:30 p.m. for purposes of scheduling the evidentiary hearing and addressing any issues pertaining thereto.

IT IS SO ORDERED.

Dated:   **July 12, 2022**

UNITED STATES MAGISTRATE JUDGE