# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD BRENT HARRIS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>SCOTT FRAUENHEIM,<br><br>　　　　Respondent. | Case No. 1:19-cv-01203-JLT-SAB-HC<br><br>ORDER VACATING AUGUST 18, 2022 STATUS CONFERENCE<br><br>ORDER FOR SUPPLEMENTAL BRIEFING |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On December 21, 2021, the Court issued findings and recommendations recommending that an evidentiary hearing be held on Petitioner's ineffective assistance of counsel claim for failure to file a notice of appeal and denial of the remaining claims for relief in the petition for writ of habeas corpus. (ECF No. 35.) On July 8, 2022, the assigned district judge adopted the findings and recommendations and ordered that an evidentiary hearing be held. (ECF No. 40.) On July 12, 2022, the Court set a status conference for August 18, 2022, for purposes of scheduling the evidentiary hearing and addressing any issues pertaining thereto. (ECF No. 42.) Meanwhile, that same day, Respondent filed a motion for reconsideration regarding whether it is appropriate to hold an evidentiary hearing without first definitively resolving the prejudice prong of Petitioner's ineffective assistance of counsel claim. (ECF No. 41.) On July 15, 2022, the

assigned district judge granted Respondent's motion for reconsideration, vacated the order for an evidentiary hearing, and referred this matter back to the Court to set a briefing schedule and issue further findings and recommendations regarding Petitioner's claim for ineffective assistance of counsel related to the failure to file a notice of appeal. (Doc. No. 43.)

Accordingly, the Court HEREBY ORDERS:

1. The status conference set for August 18, 2022, is VACATED;
2. Within **forty-five (45) days** of the date of service of this order, Petitioner shall file a supplemental traverse regarding the ineffective assistance of counsel claim for failure to file a notice of appeal with particular attention on the prejudice prong; and
3. Respondent may file a response to Petitioner's supplemental traverse within **thirty (30) days** of the date Petitioner's supplemental traverse is filed.

IT IS SO ORDERED.

Dated:   **July 26, 2022**

UNITED STATES MAGISTRATE JUDGE